IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**SEAN JONATHAN FOSTER**                                                 **PETITIONER**

**v.**                                                        **CAUSE NO. 5:20-CV-143-TBM-MTP**

**SHAWN R. GILLIS,** *Warden*                                      **RESPONDENT**
*of Adams County Correctional*
*Center*

## ORDER ADOPTING REPORT AND RECOMMENDATION AND GRANTING RESPONDENT'S MOTION TO DISMISS

This matter is before the Court on submission of the [8] Report and Recommendation entered by United States Magistrate Judge Michael T. Parker on August 11, 2020. Judge Parker recommends that the Motion to Dismiss [7] for Mootness filed by the Respondent should be granted because the Petitioner was removed to his home country of Trinidad and Tobago on June 25, 2020. The Petitioner has not filed an objection to the Report and Recommendation, and the time for filing an objection has expired.

Where no party has objected to the Magistrate Judge's report and recommendation, the Court need not conduct a *de novo* review of it. 28 U.S.C §636(b)(1). In such cases, the Court need only satisfy itself that there is no clear error on the face of the record. *Douglass v. United Serv. Auto Ass'n,* 79 F. 3d 1415, 1420 (5th Cir. 1996), 28 U.S.C. §636(b)(1). Having conducted the required review, the Court finds that Judge Parker's Report and Recommendation is neither clearly erroneous nor contrary to law. The Respondent's Motion to Dismiss [7] is GRANTED and the instant habeas petition is DISMISSED as MOOT.

**IT IS ORDERED AND ADJUDGED** that the Report and Recommendation [8] entered by United States Magistrate Judge Michael T. Parker on August 11, 2020 is ADOPTED as the opinion of the Court.

**IT IS FURTHER ORDERED AND ADJUDGED** that the Motion to Dismiss [7] as Moot filed by the Respondent is GRANTED. The Petition for Writ of Habeas Corpus [1] is DISMISSED as MOOT.

**THIS, THE 26th DAY OF JANUARY, 2021.**

_____
TAYLOR B. McNEEL
UNITED STATES DISTRICT JUDGE